IN the INTEREST OF: A.B.M., Minor.

### No. ED 102394

Missouri Court of Appeals,
Eastern District,
***DIVISION THREE.***

Filed: December 29, 2015

Joan A. Coulter, 222 South Central Ave., Ste. 600, St. Louis, MO 63105, for Appellant.

Krista Peyton, 501 S. Brentwood, St. Louis, MO 63105, Atty. for Juvenile Officer.

Mary Lynn Fox, 906 Olive St., Ste. 1115, 1115 St. Louis, MO 63105, Guardian Ad Litem.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### *ORDER*

PER CURIAM.

T.M. appeals the judgment terminating his parental rights to A.B.M. No error of law appears.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).